13353. SEABOARD AIR-LINE RAILWAY COMPANY v. DAMOS.

BROYLES, C. J.  In all cases the burden is upon the plaintiff in error
    affirmatively to show error.  In the state of the record in this case it
    does not affirmatively appear that the judge of the superior court erred
    in refusing to sanction the petition for certiorari.
                    *Judgment affirmed.  Luke and Bloodworth, JJ., concur.*
                            DECIDED MAY 9, 1922.

    Petition for certiorari; from Chatham superior court — Judge
Meldrim.  January 19, 1922.

    Application for certiorari was denied by the Supreme Court.
*McIntire, Walsh & Bernstein,* for plaintiff in error.
*Don H. Clark,* contra.